# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MARK EUGENE FUEHRER, Defendant. | No. 15-CR-1016-LRR **ORDER** |

The matter before the court is United States Chief Magistrate Judge Jon S. Scoles's Report and Recommendation (docket no. 28), which recommends that the court deny Defendant Mark Eugene Fuehrer's Motion to Suppress (docket no. 18).

On July 29, 2015, Defendant filed the Motion, which requests that the court suppress all evidence gathered from the stop and search of Defendant's vehicle on January 11, 2015. On August 4, 2015, the government filed a Resistance (docket no. 23). On August 10, 2015, Judge Scoles held a hearing on the Motion. *See* Minute Entry (docket no. 24). Defendant appeared in court with his attorney, Dennis E. McKelvie. Assistant United States Attorney Lisa C. Williams represented the government. On August 20, 2015, Judge Scoles issued the Report and Recommendation, which recommends that the court deny the Motion. The Report and Recommendation states that "within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections with the district court." Report and Recommendation at 11.

The time to object to the Report and Recommendation has expired and neither party has filed any objections. The parties have thus waived their right to a de novo review of the Report and Recommendation. *See, e.g.*, *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) ("'[A party's] failure to file any objections waived his right to de novo

review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact contained therein.'" (quoting *Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994))). The court finds no plain error in Judge Scoles's decision. Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 28). The Motion to Suppress (docket no. 18) is **DENIED**.

**IT IS SO ORDERED.**

**DATED** this 10th day of September, 2015.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA