# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## DUBUQUE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. MARK EUGENE FUEHRER, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 2:15-cr-1016-LRR<br>Presiding Judge: JON S. SCOLES, Chief Magistrate Judge<br>Deputy Clerk: Paul Coberly<br>Court Reporter: -- Contract? --<br>(If yes, send copy to financial)<br>Recording: Yes Method: FTR Gold |

| Date: | 9/16/2015 | Start: | 12:13 PM | Adjourn: | 12:17 PM | Courtroom: | 3, 4th Floor |
|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Lisa C. Williams |
|---|---|---|
| | Defendant(s): | Dennis E. McKelvie; Defendant appears personally |
| | U.S. Probation: | -- |
| | Interpreter: | -- Language: -- Certified: -- Phone - |

**TYPE OF PROCEEDING:** IS THE HEARING  Contested? No  Continued from a previous date? No

**STATUS CONFERENCE:**

| Motion(s): | -- | Ruling: | -- |
|---|---|---|---|

Matters discussed:

Trial is currently set for 10/13/2015.

Mr. McKelvie states that this case will be proceeding to trial.

Ms. Williams states that the discovery file is complete. Government anticipates calling approximately 6 witnesses. No writs/subpoenas required. Defendant does not anticipate calling any witnesses. Ms. Williams believes 2 days, excluding voir dire, will be needed for trial. Mr. McKelvie agrees. No motions pending. Ms. Williams does not believe there are any unusual legal/evidentiary issues. Mr. Kelvie anticipates filing a motion in limine, but nothing unusual. Ms. Williams has calculated 27 days have passed on the speedy trial clock, with the clock stopped. Mr. Kelvie agrees.

**Witness/Exhibit List is** N/A

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

**Miscellaneous:** --